

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00355-CV

**WILLIAM M. WINDSOR,**

                                      **Appellant**

 **v.**

**SAM ROUND,**

                                      **Appellee**

### From the 378th District Court
### Ellis County, Texas
### Trial Court No. 88611

## O R D E R

On December 3, 2014, Appellant filed a Motion for Computer Access requesting this Court to order the Ellis County Jail to allow appellant access to his personal computer. Appellant is no longer confined in the Ellis County Jail.

Accordingly, appellant's motion is dismissed as moot.


PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion dismissed as moot
Order issued and filed May 28, 2015

